1172

No. 12–7736. SOSA *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 12–7737. SMITH *v.* DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 12–7738. SWOBODA *v.* JUDICIAL CLERKSHIP OF THE SUPREME COURT OF MISSOURI ET AL. C. A. 8th Cir. Certiorari denied.

No. 12–7739. WHITMORE *v.* JONES, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS. C. A. 10th Cir. Certiorari denied.

No. 12–7740. VERSATILE *v.* JOHNSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–7743. YOUNG *v.* HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 12–7745. MICHUDA *v.* MINNESOTA BOARD OF PUBLIC DEFENSE ET AL. Ct. App. Minn. Certiorari denied.

No. 12–7746. CERVANTES *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 12–7747. GILLESPIE *v.* THIRTEENTH JUDICIAL CIRCUIT OF FLORIDA ET AL. (two judgments). C. A. 11th Cir. Certiorari denied.

No. 12–7751. HIBBLER *v.* BENEDETTI, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–7753. CALIMLIM *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 12–7757. KRISTON *v.* PEROULIS ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–7761. WADE *v.* BANK OF AMERICA, N. A., ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–7766. LEPRE *v.* PENNSYLVANIA PUBLIC UTILITY COMMISSION. Commw. Ct. Pa. Certiorari denied.